IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

VS.                                          NO. 04-20498-Ma

RONALD JONES,

       Defendant.

---

ORDER RESETTING HEARING

---

Before the court is the June 22, 2005, motion by Ronald Jones, to reset the hearing on the motion to suppress which was set on June 23, 2005.  Counsel for the government does not oppose the resetting.  For good cause shown, the motion is granted.  The hearing on the motion to suppress is **reset** to **Wednesday, July 6, 2005, at 2:00 p.m.**

It is so ORDERED this 24th day of June, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-28-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:04-CR-20498 was distributed by fax, mail, or direct printing on June 28, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT