FILED BY _AO_ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 AUG -1 AM 10: 31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                NO. 04-20498-Ma

RONALD JONES,

    Defendant.

---

ORDER RESETTING HEARING ON SUPERVISED RELEASE VIOLATION

---

Before the court is defendant's July 28, 2005, unopposed motion to reset the supervised release violating hearing which is presently set on August 2, 2005. For good cause shown, the motion is granted. The hearing on supervised release violation of defendant Ronald Jones is **RESET** to **Thursday, September 1, 2005, at 9:30 a.m.**

It is so ORDERED this 29th day of July, 2005.

                        /s/ Samuel H. Mays, Jr.
                        SAMUEL H. MAYS, JR.
                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  7-1-05

55

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:04-CR-20498 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT