IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

VS.                                          NO. 04-20498-Ma

RONALD JONES,

    Defendant.

---

CORRECTING ORDER

---

The court entered an order on August 1, 2005, resetting a hearing on supervised release violation. The order is hereby corrected to show that the hearing to be reset is on defendant Ronald Jones's motion to suppress. Defendant's motion to suppress is **RESET** to **Thursday, September 1, 2005, at 9:30 a.m.**

It is so ORDERED this 2d day of August, 2005.

                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-3-05

57

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:04-CR-20498 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT