IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ /s/ _____ D.C.

05 AUG 26 AM 6:44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                    NO. 04-20498-Ma

RONALD JONES,

      Defendant.

---

ORDER GRANTING MOTION TO CONTINUE SUPPRESSION HEARING

---

Before the court is the government's August 24, 2005, motion to reset the hearing on the defendant's motion to suppress which was set on September 1, 2005. Counsel for the defendant does not oppose the resetting. For good cause shown, the motion is granted. The hearing on the motion to suppress is **reset** to **Friday, October 14, 2005, at 2:00 p.m.**

It is so ORDERED this 25th day of August, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8-31-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 63 in case 2:04-CR-20498 was distributed by fax, mail, or direct printing on August 31, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT