IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 19 AM 9:54

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF MEMPHIS

UNITED STATES OF AMERICA,

VS.                                    NO. 04-20498-Ma

RONALD JONES,

    Defendant.

ORDER GRANTING MOTION TO CONTINUE SUPPRESSION HEARING

    Before the court is the October 14, 2005, motion by Ronald Jones, to reset the hearing on the motion to suppress which is currently set on October 21, 2005. Counsel for the government does not oppose the resetting. For good cause shown, the motion is granted. The hearing on the motion to suppress is **reset** to **Thursday, November 10, 2005, at 2:00 p.m.**

    It is so ORDERED this 18th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-21-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 68 in case 2:04-CR-20498 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT