IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ~~~~ D.C.

05 NOV 21 AM 6: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA

VS                                    CR. NO. 04-20498-Ma

RONALD JONES,

    Defendant.

---

ORDER RESETTING REPORT DATE

---

Before the court is the November 17, 2005, motion of the defendant Ronald Jones, requesting that the report date presently set on November 23, 2005, be reset for December 8, 2005, at the same time as the hearing on defendant's motion to suppress.  For good cause shown, the motion is granted.

The report date is **reset** to **Thursday, December 8, 2005, at 10:00 a.m.**

**IT IS SO ORDERED** this the ___18th___ day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _11-21-05_

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 77 in case 2:04-CR-20498 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT