IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. NO. 04-20498-Ma |
| | ) | |
| RONALD JONES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

This cause came on for a Report Date on October 28, 2005. Defense Counsel requested a continuance of the present trial date in order to allow for additional preparation in the case and to allow for the disposition of the pending Motion to Suppress.

The Court granted the request and continued the trial date to the rotation docket beginning December 5, 2005 at 9:30 a.m., with a report date of Wednesday, November 23, 2005 at 2:00 p.m.

The period from October 28, 2005 through December 16, 2005 is excludable under 18 U.S.C. §§ 3161(h)(8)(B)(iv) and 3161(h)(1)(F) because the interests of justice in allowing additional time to prepare and the need to dispose of the pending motion outweigh the need for a speedy trial.

IT IS SO ORDERED this 23d day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 78 in case 2:04-CR-20498 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT